UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MEDICINE SHOPPE INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:09CV1447 TIA |
| THOMAS A. BOVEE and BEDFORD PRESCRIPTION SERVICES, INC., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Medicine Shoppe International, Inc.'s Response to Order to Show Cause and Request for Stay (Docket No. 4).

After the filing of the instant action to confirm arbitration on September 10, 2009, Defendant Thomas A. Bovee filed a voluntary petition for relief in the United States Bankruptcy Court in the Western District of Virginia on September 8, 2009. A petition for bankruptcy will operate as a stay against "the commencement or continuation ... of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the [bankruptcy proceeding]." 11 U.S.C. § 362(a). Plaintiff requests that the Court stay the matter while its claim against Defendant Bovee is resolved. The Court concludes that the case should be administratively closed until such time as the bankruptcy proceedings have been concluded or Court action is otherwise required. Any motion seeking reopening of the case shall state:

(a) the facts and procedural history, including any significant occurrences in the bankruptcy proceedings;

(b) the issues remaining for determination by this Court; and

(c) the potential for settlement, and the status of any settlement discussions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for Stay (Docket No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall administratively close the instant action, subject to reopening on a motion filed in compliance with this Order.

          /s/Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated this  5th  day of February, 2010.